UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:24-cv-80034-RLR

HOWARD COHAN,

    Plaintiff,

v.

BENTO BOCA, LLC, etc.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Bento Boca LLC, (collectively, the Parties), hereby notify the Court that the instant action has settled.  The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days.  The Parties request that the Court enter an order administratively closing the case, thereby relieving the Parties from compliance with any pending pretrial deadlines and from filing any further responses, motions, and/or pleadings.

| | |
|---|---|
| SCONZO LAW OFFICE, P.A. | FORDHARRISON, LLP |
| By: */s/ Gregory S. Sconzo*<br>Gregory S. Sconzo, Esq.<br>Florida Bar No.: 0105553<br>greg@sconzolawoffice.com<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 729-0940 | By: */s/ Merry E. Lindberg*<br>Merry E. Lindberg, Esq.<br>Florida Bar No.: 308102<br>mlindberg@fordharrison.com<br>515 North Flagler Drive, Suite 350<br>West Palm Beach, FL 33401<br>Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | |

*Howard Cohan v. Bento Boca, LLC*
Case No.: 9:24-cv-80034-RLR
Joint Notice of Settlement

                                              Luis A. Santos, Esq.
                                              Florida Bar No.: 84647
                                              lsantos@fordharrison.com
                                              401 E Jackson Street, Suite 2500
                                              Tampa, FL 33602
                                              T (813) 261-7852

                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Gregory Sconzo, Esq., Sconzo Law Office, P.A., 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, Florida, 33410; as follows:

greg@sconzolawoffice.com;
samantha@sconzolawoffice.com;
perri@sconzolawoffice.com.

                                              /s/ *Merry E. Lindberg*
                                              Merry E. Lindberg, Esq.