UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80034-RLR

HOWARD COHAN,

    Plaintiff,

vs.

BENTO BOCA, LLC.,
a Florida Limited Liability Company,
d/b/a BENTO ASIAN KITCHEN + SUSHI,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, BENTO BOCA, LLC., a Florida Limited Liability Company, d/b/a BENTO ASIAN KITCHEN + SUSHI, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BENTO BOCA, LLC., a Florida Limited Liability Company, d/b/a BENTO ASIAN KITCHEN + SUSHI; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED September 23, 2024.

By: /s/ **Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ **Merry E. Lindberg**
Merry E. Lindberg, Esq.
Ford Harrison
515 North Flagler Drive, Suite 350
West Palm Beach, FL 33401
Telephone: (561) 345-7505
Email: mlindberg@fordharrison.com
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
      **Gregory S. Sconzo, Esq.**